UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:18-mj-1144

WESLEY KENNETH MCVAY

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: ANY UNITED STATES MARSHAL; and

> Warden
> Orange County Jail
> P.O. Box 4970
> Orlando, FL 32802-4970

It appearing from the petition of the United States of America that the defendant in the above case, WESLEY KENNETH MCVAY, is confined in the Orange County Jail in Orlando, Florida, and that this case is set for an Initial Appearance as to said defendant on March 7, 2018, 2018, at 1:30 p.m., before The Honorable Karla R. Spaulding in Courtroom 5D, 401 West Central Boulevard, Orlando, Florida, 32801, and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said WESLEY KENNETH MCVAY now detained in custody as aforesaid, under safe and secure conduct, before this Court on March 7, 2018, at Orlando, Florida, by or before 1:30 p.m., for an Initial Appearance on criminal charges pending against him in this cause, and upon completion of all further proceedings in this case that you return WESLEY KENNETH MCVAY with all convenient speed, under safe and secure conduct to the custody of the Warden of the Orange County Jail.

And this is to command you, Warden of the Orange County Jail, to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

DONE and ORDERED at Orlando, Florida, this 5th day of March, 2018.

The Honorable Karla R. Spaulding
United States Magistrate Judge