# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:18-mj-1144

WESLEY KENNETH MCVAY

_____

## FINDING OF PROBABLE CAUSE

On the evidence presented at the preliminary hearing, I find that there is probable cause to believe that the offenses charged in Title 18 U.S.C. §§ 2252A(a)(2) and (a)(5) have been committed and that the defendant committed them. It is therefore,

**ORDERED** that **Wesley Kenneth McVay** is held to answer in the Middle District of Florida where the prosecution is pending.

**DONE** and **ORDERED** in Orlando, Florida on March 7, 2018.

_____
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record